AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| CHRISTINE GRAEBER | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 11-CV-00047 LFG/WDS |
| UNITED STATES OF AMERICA | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> United States of America
> c/o Kenneth J. Gonzales
> US Attorney for the District of New Mexico
> 201 Third Street NW, #900
> Albuquerque, NM 87102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Alexander A. Wold, Jr.
> Alexander A. Wold, P.C.
> 302 Silver Avenue SE
> Albuquerque, NM 87102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Matt Dykman
CLERK OF COURT

Date: Wednesday, January 26, 2011

Karen D. Francisco
*Signature of Clerk or Deputy Clerk*

Civil Action No. 11-CV-00047 LFG/WDS

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __United States of America__
was received by me on *(date)* __2/25/2011__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Rumaldo Armijo, Assistant U.S. Attorney__, who is designated by law to accept service of process on behalf of *(name of organization)* __United States of America__ on *(date)* __2/25/11__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __n/a__ for travel and $ __30__ for services, for a total of $ __30__.

I declare under penalty of perjury that this information is true.

Date: __2/25/11__

Server's signature

A. Garcia, Process Server
Printed name and title

PO Box 35784
Alb. NM 87176

Server's address

Additional information regarding attempted service, etc: