IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTINE GRAEBER,

    Plaintiff,

vs.                                                           CIVIL NO. 11-47 LFG/WDS

UNITED STATES OF AMERICA,

    Defendant.

## NOTICE OF IMPENDING REASSIGNMENT

Pursuant to Fed. R. Civ. P. 73(b)(2), the parties are reminded that the undersigned was assigned as presiding judge in this matter, pursuant to 28 U.S.C. § 636(c). One or more of the parties has yet to file a written consent or refusal to consent.

The parties are advised that this matter will be reassigned to a district judge as presiding judge within ten (10) days if written consents from all parties have not been filed.

The parties are free to withhold consent. No adverse substantive consequences will result from any party's failure or refusal to consent.

                                                                                           _Lorenzo F. Garcia_
                                                                                           Lorenzo F. Garcia
                                                                                           United States Magistrate Judge