IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINE GRAEBER,

    Plaintiff,

vs.                                                                                                No. 1:11-cv-00047 LFG/WDS

UNITED STATES OF AMERICA,

    Defendant.

## **MINUTE ORDER**

Pursuant to the failure to consent to proceed before a U.S. Magistrate Judge, please be advised that the above-captioned case has been assigned to United States District Judge Martha Vazquez.

In accordance with D.N.M.LR-Civ. 10.1 'the first page of each paper must have the case file number and initials of the assigned Judges.' **Failure to include the initials of the newly-assigned judge may result in untimely receipt of pleadings and subsequent delay of rulings by the newly-assigned judge.**

Kindly reflect this change when submitting further pleadings for this case as:

**CASE NUMBER 1:11-cv-00047 MV/WDS.**

                                                             MATTHEW J. DYKMAN
                                                             CLERK OF COURT

                                                             _____