# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

CHRISTINE GRAEBER,

    Plaintiff,

vs.                                             NO. 11-CV-00047 MV/WDS

UNTIED STATES OF AMERICA,

    Defendants.

## ORDER VACATING/RESETTING SETTLEMENT CONFERENCE

PLEASE BE ADVISED that the **SETTLEMENT CONFERENCE** set for **October 20, 2011 at 9:00 a.m.**, be, and, it, hereby, is, **vacated** and **reset to November 14, 2011, at 9:30 a.m**.

    **IT IS SO ORDERED.**

                                                          W. DANIEL SCHNEIDER
                                                          United States Magistrate Judge