# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CHRISTINE GRAEBER,

    Plaintiff,

vs.                                    1:11CV00047 MV/WDS

THE UNITED STATES OF AMERICA,

    Defendant.

## STIPULATION OF DISMISSAL

Plaintiff and Defendant United States of America, through their undersigned counsel, hereby stipulate and agree that the above-captioned case and cause of action are dismissed with prejudice, with each party to bear its own costs.

This stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

                                                          Respectfully submitted,

                                                          KENNETH J. GONZALES
                                                          United States Attorney

                                                          *Filed electronically 6/6/12*
                                                          JAN ELIZABETH MITCHELL
                                                          Assistant U.S. Attorney
                                                          P.O. Box 607
                                                          Albuquerque, NM 87103
                                                          505.346.7274
                                                          Jan.mitchell@usdoj.gov

                                                          ALEXANDER A. WOLD, Jr.
                                      Attorney for Plaintiff
                                      302 Silver Avenue SE
                                      Albuquerque, NM 87102
                                      (505) 242-3444
                                      alex@alexwold.com